Atlas Engine Works *v.* First Nat. Bank—51 Ind. App. 703.

pany, it gave bond, with appellant as surety thereon. It appears that appellee sold to said construction company certain materials, which were used by that company in making said improvements, and that it failed and refused to pay for the same. Appellant, in support of its contention, has submitted for our consideration several propositions of law, all bearing more or less on one principal question, made to depend on whether, on the completion of the work, or the approval of the final assessment roll, the liability of appellant on its bond ceased and terminated.

All questions presented by this appeal, were presented, considered and decided adversely to appellant by the Supreme Court in the case of *Aetna Indemnity Co.* v. *Indianapolis, etc., Fuel Co.* (1912), 178 Ind. 70, 98 N. E. 706, and on the authority of that case the judgment in this cause is affirmed.

---

## ATLAS ENGINE WORKS ET AL. *v.* FIRST NATIONAL BANK OF SEYMOUR.

[No. 7,796. Filed April 25, 1912. Rehearing denied June 28, 1912.]

From Superior Court of Marion County (80,595) ; *James M. Leathers,* Judge.

Action by the First National Bank of Seymour, Indiana, against the Atlas Engine Works and another. From a judgment for plaintiff, the defendants appeal. *Affirmed.*

*Edmund B. Walker, Newman, Northrop, Levinson & Becker, Chester B. Cleveland* and *Matson & Gates,* for appellants.

*Remy & Berryhill,* for appellee.

LAIRY, J.—This was an action brought by appellee in the Superior Court of Marion County against appellants to recover on a promissory note for $750, executed by the Atlas Engine Works and H. H. Hanna. This note is one of a series of four executed by appellants to appellee. As each of these notes fell due it was sued on, judgment rendered for appellee, and each case appealed. The same questions are involved in all four cases; they arise out of the same transaction, and are presented in the same way.

The judgment of the lower court is affirmed, and the reasons for the decision appear in the opinion of the case of *Atlas Engine Works* v. *First Nat. Bank* (1912), 50 Ind. App. 549, 97 N. E. 952.